IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CODY CARNEY**                                                               **PLAINTIFF**
**ADC #157326**

**v.**                              **Case No. 1:17-cv-00005 KGB/JTK**

**COOPER,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). The parties have not filed objections. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

It is therefore ordered that plaintiff Cody Carney's complaint is dismissed without prejudice, for failure to prosecute.

So ordered this 27th day of June, 2017.

                                                                                    Kristine G. Baker
                                                                                    United States District Judge