IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CODY CARNEY**                                                                            **PLAINTIFF**
**ADC #157326**

**v.**                      **Case No. 1:17-cv-00005 KGB/JTK**

**COOPER,** *et al.*                                                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice for failure to prosecute. The relief sought is denied.

Dated this 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge